**Fill in this information to identify the case:**

Debtor 1:  Jacob Raymond Blagrave

Debtor 2: _____
          (Spouse, if filing)

United States Bankruptcy Court for the Western District of Missouri
                                          (State)

Case number:  19-41415

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim.  See Bankruptcy Rule 3002.1.

**Name of Creditor:** Guild Mortgage Company, A California Corporation          **Court Claim No.** (if known): 14

**Last four digits** of any number you use to identify the debtor's account:          XXXXXX5964

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice: _____

---

### Part 1:    Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 07/30/2019 | (5) | $350.00 |
| 6. | Appraisal/broker's price opinion fees | 06/07/2019 | (6) | $450.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify:_____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | -$0.00 |
| 12. | Other.  Specify:    Plan Review | 07/10/2019 | (12) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:   Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Zachary G. Edwards
   Signature

Date: August 16, 2019

**Print:**   Adam S. Kerekanich #68602
             Zachary G. Edwards #63798
             First Name        Middle Name        Last Name

Title  Attorney

Company   Shapiro & Kreisman, LLC

Address   13801 Riverport Drive, Suite 502
          Number        Street

          Maryland Heights, MO 63043
          City                      State    ZIP Code

Contact phone   (314) 770-2120

Email  akerekanich@logs.com
       zedwards@logs.com

19-033898

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on August 16, 2019 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

Ryan A. Blay
Wm Law
15095 West 116th St.
Olathe, KS 66062

Chapter 13 Trustee
Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108

Office of the US Trustee
Charles Evans Whittaker Courthouse
400 E. 9th Street
Room 3440
Kansas City, MO 64106

I hereby certify that a true and correct copy of the foregoing document was filed electronically on August 16, 2019 with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on August 16, 2019.

Jacob Raymond Blagrave
309 N. Cogan Lane
Independence, MO 64050

/s/Zachary G. Edwards
Adam S. Kerekanich #68602
Zachary G. Edwards #63798

LoanSphere Invoicing - Invoice Detail



**Regarding:**
BLAGRAVE JACOB RAYMOND
309N COGAN LN
INDEPENDENCE, MO 64050



**Original Mortgage Amount: $124,699.00**

### Appraisal - Appraisal Services - Foreclosure

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 06/07/2019 | | | | 06/07/2019 | 06/07/2019 | 06/08/2019 | 1 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Costs | Total: | $450.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
|---|---|---|---|---|---|---|---|

Exc. Loan Total Fees/Costs Allow:

| Totals | Inv Amt: | $450.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $1,811.05 | Exc Ord Allw: |
|---|---|---|---|---|---|---|---|

**Costs**

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Valuation Costs | Appraisal | | | 06/07/19 | 1 | $450.00 | $450.00 | $0.00 | $450.00 |
| Note: ███████████MC | | | | | | | | | |
| | | | | | | **Total:** | $450.00 | $0.00 | $450.00 |
| | | | | | | **Invoice Total:** | $450.00 | $0.00 | $450.00 |

**LOGS**



| Mortgagor | |
|---|---|
| Hankins, Steven | |
| Property Address | |
| 163 Gorget Dr<br>Troy, MO, 63379 | |
| Services Rendered By | Location |
| MO - Shapiro & Kreisman, LLC<br>13801 Riverport Drive<br>Suite 502<br>Maryland Heights, MO, 63043 | MO |

## << BANKRUPTCY INVOICE >>

| Code | Client Code | Service Date | Description | Itemization | Amount |
|---|---|---|---|---|---|
| | | | FEE ITEMIZATION | | |
| 0441 | | 07/10/2019 | ATTORNEY FEE - BK PLAN REVIEW (NON-REC, ELIG) (1) | 150.00 | |
| 0441 | | 07/10/2019 | ATTORNEY FEE - BK PLAN REVIEW (REC, ELIG) | 150.00 | |
| | | | TOTAL OF ALL FEES | | 300.00 |
| | | | TOTAL OF ALL COSTS, FEES | | 300.00 |
| | | 07/24/2019 | CLIENT PAYMENT RECEIVED - CHECK #: 2067367 | | -300.00 |

Invoice type: BK Services - Chapter 13;
Please attach a copy of this invoice with your payment to ensure proper credit for this loan.

| Page 01 | Amount Due | 0.00 |
|---|---|---|

**LOGS**



The invoice was re-printed on 08/01/2019

| Mortgagor | |
|---|---|
| Hankins, Steven | |
| **Property Address** | |
| 163 Gorget Dr | |
| Troy, MO, 63379 | |
| **Services Rendered By** | **Location** |
| MO - Shapiro & Kreisman, LLC | MO |
| 13801 Riverport Drive | |
| Suite 502 | |
| Maryland Heights, MO, 63043 | |

## << BANKRUPTCY INVOICE >>

| Code | Client Code | Service Date | Description | Itemization | Amount |
|---|---|---|---|---|---|
| 0041 | | 07/30/2019 | FEE ITEMIZATION<br>BANKRUPTCY - PROOF OF CLAIM (REC, ELIG)<br>TOTAL OF ALL FEES<br>TOTAL OF ALL COSTS, FEES | 350.00 | 350.00<br>350.00 |

Invoice type: BK Services - Chapter 13;
Please attach a copy of this invoice with your payment to ensure proper credit for this loan.

| Page 01 | Amount Due | 350.00 |
|---|---|---|