B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re  JACOB R BLAGRAVE                          ,           Case No.  4-19-BK-41415

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__LVNV Funding LLC__                                       SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____17_____
should be sent:  LVNV Funding LLC                     Amount of Claim: _____1,812.89_____
                 PO Box 10587                         Date Claim Filed: _____8/9/2019_____
                 Greenville SC 29603-0587

Phone: __(877) 264-5884_____              Phone: __(877) 295-2080_____
Last Four Digits of Acct #: _____3791_____     Last Four Digits of Acct. #: ____3791____

Name and Address where transferee payments
should be sent (if different from above):
                 Resurgent Capital Services
                 PO Box 10587
                 Greenville, SC  29603-0587
Phone: __(877) 264-5884_____
Last Four Digits of Acct #:_____3791_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Lamb_____           Date:__11/6/2019_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.