**Fill in this information to identify the case:**

Debtor 1     Jacob Raymond Blagrave

Debtor 2    
       (Spouse, if filing)

United States Bankruptcy Court for the Western District of Missouri
          (State)

Case number: 19-41415

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1

**Name of Creditor:** Guild Mortgage Company, A California Corporation

**Court Claim No.** (if known): 14

**Last four digits** of any number you use to identify the debtor's account:     XXXXXX5964

**Date of Payment Change:**

Must be at least 21 days after date of this notice.    09/01/2020

**New total payment:**

Principal, interest, and escrow, if any    $903.96

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

_____

    **Current escrow payment:** $276.71        **New escrow payment:** $317.58

| Part 2: | Mortgage Payment Adjustment |
|---|---|

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

    **Current interest rate:** _____ %       **New interest rate:** _____ %

    **Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

| Part 3: | Other Payment Change |
|---|---|

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
    Reason for change: _____

    **Current mortgage payment:** $_____       **New mortgage payment:** $_____

## Part 4:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Zachary G. Edwards

Signature

Date: July 28, 2020

**Print:**

Adam S. Kerekanich #68602
Zachary G. Edwards #63798
Linda S. Tarpley #29025
Christopher J. Cusack #65657

First Name          Middle Name          Last Name

Title  Attorney

Company    Shapiro & Kreisman, LLC

Address    13801 Riverport Drive, Suite 502

Number          Street

Maryland Heights, MO 63043

City                                 State      ZIP Code

Contact phone    (314) 770-2120

Email  akerekanich@logs.com
zedwards@logs.com

19-033898

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on July 28, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

Attorney for Debtor:
Ryan A Blay
WM Law
15095 West 116th Street
Olathe, KS 66062

Chapter 13 Trustee:
Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108

Office of the US Trustee:
Charles Evans Whittaker Courthouse
400 E. 9th Street
Room 3440
Kansas City, MO  64106

I hereby certify that a true and correct copy of the foregoing document was filed electronically on July 28, 2020, with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on July 28, 2020.

Debtor:
Jacob Raymond Blagrave
309 N Cogan Ln
Independence, MO 64050

/s/ Zachary G. Edwards
Adam S. Kerekanich #68602
Zachary G. Edwards #63798
Linda S. Tarpley #29025
Christopher J. Cusack #65657

Guild Mortgage Company
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

| ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|
| MORTGAGE INS | $952.20 |
| HAZARD INS | $1,097.00 |
| COUNTY TAX | $1,431.45 |
| Total | $3,480.65 |

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER: ██████████
ESCROW ANALYSIS DATE: 07/15/2020

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $586.38 |
| Required Escrow Payment | $290.06 |
| Shortage/Surplus Spread | $27.52 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

Jacob Raymond Blagrave
309 N Cogan Ln
Independence, MO 64050-2003

| Total Payment | $903.96 |
|---|---|
| New Payment Effective Date: | 09/01/2020 |

Guild Mortgage Company has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 09/2020 through 08/2021 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $1,775.71 | $2,317.74 |
| SEP | $290.06 | $79.35 | | | $1,097.00 | | $889.42 | $1,431.45 |
| OCT | $290.06 | $79.35 | | | | | $1,100.13 | $1,642.16 |
| NOV | $290.06 | $79.35 | $1,431.45 | | | | $120.61- | $421.42 * |
| DEC | $290.06 | $79.35 | | | | | $90.10 | $632.13 |
| JAN | $290.06 | $79.35 | | | | | $300.81 | $842.84 |
| FEB | $290.06 | $79.35 | | | | | $511.52 | $1,053.55 |
| MAR | $290.06 | $79.35 | | | | | $722.23 | $1,264.26 |
| APR | $290.06 | $79.35 | | | | | $932.94 | $1,474.97 |
| MAY | $290.06 | $79.35 | | | | | $1,143.65 | $1,685.68 |
| JUN | $290.06 | $79.35 | | | | | $1,354.36 | $1,896.39 |
| JUL | $290.06 | $79.35 | | | | | $1,565.07 | $2,107.10 |
| AUG | $290.06 | $79.35 | | | | | $1,775.78 | $2,317.81 |
| Total | | $952.20 | $1,431.45 | | $1,097.00 | | | |

*Indicates your projected low point of $120.61-. Your required reserve balance is $421.42. The difference between the projected low point and required reserve balance is $330.28. This is your shortage.

If you have questions regarding this analysis, please write our Customer Service Department at Guild Mortgage Company, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-385-1959, Monday through Friday, 8:00 am to 5:00 pm, PST.

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

### ESCROW SHORTAGE REMITTANCE FORM

Name: Jacob Raymond Blagrave
Account Number: ██████████          Escrow Shortage Amount: $330.28

Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

Guild Mortgage Company
Attn: Cashiering Department/Escrow Shortages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Your new payment will then be: $876.44.

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

**Account Number:** ███████    **Name: Jacob Raymond Blagrave**

This is a statement of actual activity in your escrow account from 07/2019 through 08/2020. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $889.56 of which $586.38 was for principal and interest and $303.18 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $1,760.03 | $498.89- |
| JUL | $276.71 | * | $81.14 | * | FHA INS | $1,955.60 | $498.89- |
| JUL | | | | $81.14 * | FHA INS | $1,955.60 | $580.03- |
| AUG | $276.71 | * | $81.14 | * | FHA INS | $2,151.17 | $580.03- |
| AUG | | | | $81.14 * | FHA INS | $2,151.17 | $661.17- |
| SEP | $276.71 | * | $81.14 | * | FHA INS | $2,346.74 | $661.17- |
| SEP | | | $1,004.00 | $1,097.00 * | HOME INS | $1,342.74 | $1,758.17- |
| SEP | | | | $81.14 * | FHA INS | $1,342.74 | $1,839.31- |
| OCT | $276.71 | $278.15 * | $81.14 | $81.14 | FHA INS | $1,538.31 | $1,642.30- |
| NOV | $276.71 | * | $81.14 | * | FHA INS | $1,733.88 | $1,642.30- |
| NOV | | | $1,342.74 | $1,431.45 * | COUNTY TAX | $391.14 | $3,073.75- |
| NOV | | | | $79.35 * | FHA INS | $391.14 | $3,153.10- |
| DEC | $276.71 | * | $81.14 | * | FHA INS | $586.71 | $3,153.10- |
| DEC | | | | $79.35 * | FHA INS | $586.71 | $3,232.45- |
| JAN | $276.71 | * | $81.14 | * | FHA INS | $782.28 | $3,232.45- |
| JAN | | | | $79.35 * | FHA INS | $782.28 | $3,311.80- |
| FEB | $276.71 | * | $81.14 | * | FHA INS | $977.85 | $3,311.80- |
| FEB | | | | $79.35 * | FHA INS | $977.85 | $3,391.15- |
| MAR | $276.71 | * | $81.14 | * | FHA INS | $1,173.42 | $3,391.15- |
| MAR | | | | $79.35 * | FHA INS | $1,173.42 | $3,470.50- |
| APR | $276.71 | $556.30 * | $81.14 | * | FHA INS | $1,368.99 | $2,914.20- |
| APR | | | | $79.35 * | FHA INS | $1,368.99 | $2,993.55- |
| MAY | $276.71 | * | $81.14 | * | FHA INS | $1,564.56 | $2,993.55- |
| MAY | | | | $79.35 * | FHA INS | $1,564.56 | $3,072.90- |
| JUN | $276.71 | $606.36 * | $81.14 | * | FHA INS | $1,760.13 | $2,466.54- |
| JUN | | | | $79.35 * | FHA INS | $1,760.13 | $2,545.89- |
| JUL | | $4,203.59 *Y | | $79.35 *Y | FHA INS | $1,760.13 | $1,578.35 |
| AUG | | $276.71 *Y | | $79.35 *Y | FHA INS | $1,760.13 | $1,775.71 |
| Total | $3,320.52 | $5,921.11 | $3,320.42 | $3,646.51 | | | |

OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.

Last year, we anticipated that payments from your escrow account would be made during this period equaling $3,320.42. Under Federal Law, your lowest balance should not have exceeded $391.14 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $391.14.