MOW 2016-1.2 (12/2016)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE: Jason Blagrave                    )
                                         )   Case No. 19-41415-13
                                         )
            Debtor(s)                    )

**MOTION FOR POST-CONFIRMATION FEES**

        In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____X_____    Review of a Notice of Payment Change or a Notice of Fees, Expenses, and
                Charges (Local Rule 3094-1.C.3. (without filing an objection) - $50
                Date Notice Filed _____7/28/2020_____

The services indicated above having been completed, additional compensation is hereby requested in the amount of $50.00, and expenses in the amount of $ 0.00.

        **I hereby certify that the services referenced in this motion were actually provided after the original confirmation (9/20/19 ) of the plan in this case.**

 Dated: 08/14/2020                        Respectfully submitted,
                                          W  M  Law

                                          /s/ Ryan A Blay
                                          Ryan A Blay, MO# KS001066
                                          15095 W. 116th St.
                                          Olathe, KS 66062
                                          Blay@wagonergroup.com
                                          Phone (913) 422-0909 Fax (913) 428-8549
                                          ATTORNEY FOR DEBTOR(S)

**NOTICE OF MOTION**

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

**CERTIFICATE OF SERVICE**

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 309 N Cogan Lane, Independence, MO  64050
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106

                                          /s/ Ryan A Blay