MOW 2016-1.2 (12/2016)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE: Jacob Blagrave                          )
                                               )   Case No. 19-41415
                                               )
                    Debtor(s)                  )

## MOTION FOR POST-CONFIRMATION FEES

        In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

____X_____    Defense of Motions to Dismiss - $250
                    Date Response filed 7/28/2020
____X_____    Motions to Suspend or Abate Payments - $250
                    Date Application/Motion filed 7/28/2020
____X_____    Motions to Employ Counsel/Professional - $250
                    Date Motion filed 7/23/2020

The services indicated above having been completed, additional compensation is hereby requested in the amount of $750.00, and expenses in the amount of $ 0.00.
        **I hereby certify that the services referenced in this motion were actually provided after the original confirmation (9/20/19) of the plan in this case.**

 Dated: 08/27/2020                          Respectfully submitted,
                                            W  M  Law

                                            /s/ Ryan A Blay
                                            Ryan A Blay, MO# KS001066
                                            15095 W. 116th St.
                                            Olathe, KS 66062
                                            Blay@wagonergroup.com
                                            Phone (913) 422-0909 Fax (913) 428-8549
                                            ATTORNEY FOR DEBTOR(S)

## NOTICE OF MOTION
Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

## CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail.
Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 309 N Cogan Lane Independence, MO  64050
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                            /s/ Ryan A Blay