MOW 2016-1.2 (12/2016)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE: Jacob Blagrave                        )
                                             )   Case No.  19-41415
                                             )
            Debtor(s)                        )

**MOTION FOR POST-CONFIRMATION FEES**

In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____X_____   Obtaining Confirmation of Amended Plan - $350
                    Date Amendments filed 11/23/2020 Confirmed 12/17/2020

The services indicated above having been completed, additional compensation is hereby requested in the amount of $350.00, and expenses in the amount of $ 0.00.

**I hereby certify that the services referenced in this motion were actually provided after the original confirmation (9/20/19) of the plan in this case.**

Dated: 01/05/2021                      Respectfully submitted,
                                       W  M  Law

                                       /s/ Ryan A Blay
                                       _____
                                       Ryan A Blay, MO# KS001066
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Blay@wagonergroup.com
                                       Phone (913) 422-0909 Fax (913) 428-8549
                                       ATTORNEY FOR DEBTOR(S)

**NOTICE OF MOTION**

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

**CERTIFICATE OF SERVICE**

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
  DEBTORS VIA US MAIL - 309 N Cogan Lane Independence, MO  64050
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                       /s/ Ryan A Blay