B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Western District of Missouri

**In re: Jacob Raymond  Blagrave,**                                      **Case No. 19-41415**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>Carrington Mortgage Services LLC | Name of Transferor:<br>Guild Mortgage Company, A California Corporation |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Court Claim # (if known): 14-1<br><br>Amount of Claim: $122,431.08<br>Date Claim Filed: 08/01/2019 |
| Phone: 1-800-561-4567<br>Last Four Digits of Acct #: 8080 | Phone: 1-314-770-2120<br>Last Four Digits of Acct #: 5964 |

Name and Address where Transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tonya Leija                                         Date: 03/17/2022
   Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

*In Re:*                                                                    **Case No. 19-41415**
**Jacob Raymond  Blagrave,**


            **Debtor(s)**                                                **Chapter 13**


### CERTIFICATE OF SERVICE

I hereby certify that on 03/17/2022, a true and correct copy of the foregoing  was served upon all interested parties pursuant to the Court's CM/ECF system.


                                        By: /s/ Tonya Leija
                                         Carrington Mortgage Services LLC
                                        1425 Greenway Drive, Suite 250
                                        Irving, TX 75038



Debtor through the debtor's attorney of record          Trustee
Jacob Raymond  Blagrave,                                 Richard Fink
                                                        2345 Grand Blvd. Suite 1200
309 N. Cogan Lane                                       Kansas City MO 64108-2663
Independence MO 64050



Debtor's Counsel                                        U.S. Trustee (if applicable)
Ryan A Blay
Wm Law
15095 W 116th St.
Olathe KS 66069